1   TRACY L. WILKISON
    United States Attorney                                          JS-6
2
    DAVID M. HARRIS
3   Assistant United States Attorney
    Chief, Civil Division
4   CEDINA M. KIM
5   Assistant United States Attorney
    Senior Trial Attorney, Civil Division
6   SUSAN L. SMITH, CA STATE BAR NO.: 253808
7   Special Assistant United States Attorney
            Social Security Administration
8           160 Spear Street, Suite 800
9           San Francisco, California 94105
            Tel: (510) 970-4857
10          Fax: (415) 744-0134
11          E-mail: Susan.L.Smith@ssa.gov

12
    Attorneys for Defendant
13
14                     UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
15                          EASTERN DIVISION

16
17  WILLIAM HULL,                          No.  5:22-cv-00111-DFM

18                 Plaintiff,
                                           [PROPOSED]
19  v.                                     JUDGMENT OF REMAND

20  KILOLO KIJAKAZI,

21  Acting Commissioner of Social
    Security,
22
                   Defendant.
23
24
25
26
27
28

1    The Court having approved the parties' Stipulation to Remand for Further

2    Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of

3    Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with

4    the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**

5    **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

6    Commissioner of Social Security for further proceedings consistent with the

7    Stipulation to Remand.

8    DATED: May 31, 2022

9                                          HON. DOUGLAS F. McCORMICK
                                           UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28